FILED: March 31, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1346
(5:21-cv-00191)

_____

HILMA STOVER, on behalf of herself and a class of similarly situated persons

      Plaintiff - Appellee

v.

THE BANK OF MISSOURI, d/b/a Fortiva Retail Credit; ATLANTICUS SERVICES CORP.; FORTIVA FINANCIAL, LLC

      Defendants - Appellants

and

FLUENT HOME, LLC

      Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Beckley |
| Originating Case Number | 5:21-cv-00191 |
| Date notice of appeal filed in originating court: | 03/29/2023 |
| Appellant | The Bank of Missouri; Atlanticus Services Corp.; Fortiva Financial, LLC |
| Appellate Case Number | 23-1346 |

| Case Manager | Jeffrey S. Neal<br>804-916-2702 |