FILED: March 31, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1345 (L)
(5:21-cv-00191)

_____

HILMA STOVER, on behalf of herself and a class of similarly situated persons

    Plaintiff - Appellee

v.

FLUENT HOME, LLC

    Defendant - Appellant

and

THE BANK OF MISSOURI, d/b/a Fortiva Retail Credit; ATLANTICUS SERVICES CORP.; FORTIVA FINANCIAL, LLC

    Defendants

_____

No. 23-1346
(5:21-cv-00191)

_____

HILMA STOVER, on behalf of herself and a class of similarly situated persons

    Plaintiff - Appellee

v.

THE BANK OF MISSOURI, d/b/a Fortiva Retail Credit; ATLANTICUS

SERVICES CORP.; FORTIVA FINANCIAL, LLC

        Defendants - Appellants

and

FLUENT HOME, LLC

        Defendant

_____

O R D E R

_____

The court consolidates Case No. 23-1345 and Case No. 23-1346. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>