# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 23-1346, Stover v. The Bank of Missouri, et al. |
| **Originating No. & Caption** | No. 5:21-cv-00191, Stover v. Fluent Home, LLC, et al. |
| **Originating Court/Agency** | U.S. District Court for the Southern District of West Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 9 U.S.C. § 16 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | 03/15/2023 | |
| Date notice of appeal or petition for review filed | 03/29/2023 | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ○ Yes | ● No |
| If appeal is not from final judgment, why is order appealable? | | |
| Appellants appeal from an order denying their motion to compel arbitration, which is immediately appealable under Section 16(a) of the Federal Arbitration Act, 9 U.S.C. § 16(a). | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ● Yes | ○ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⦿ Yes | ○ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | No. 23-1345 | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiff has brought claims under the Truth in Lending Act, Equal Credit Opportunity Act, and Fair Credit Reporting Act based on a transaction in which she purchased a home alarm system and financed it.  Plaintiff sued the alarm system company (Fluent, appeal no. 23-1345), as well as the financial companies (The Bank of Missouri, Atlanticus, and Fortiva) that bring this appeal. |
| The defendants moved to compel arbitration under the terms of their agreement with Plaintiff. Plaintiff denied the existence of the agreement. The parties submitted evidence to the district court, including affidavits and the click-through agreement. The district court denied the motion to compel arbitration without prejudice, ruling that a genuine issue of material fact was presented and a summary trial would be necessary. The defendants appealed. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

The issue on appeal is whether the district court should have promptly compelled arbitration as a matter of summary judgment, because there is no genuine issue of material fact that the Plaintiff entered into the arbitration agreement.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Hilma Stover, on behalf of herself and a class of similarly situated persons<br>Attorney: Benjamin M. Sheridan<br>Address: Klein & Sheridan, LC<br>3566 Teays Valley Road<br>Hurricane, WV 25266<br><br>E-mail: ben@kleinsheridan.com<br>Phone: (304) 562-7111 | Adverse Party: Hilma Stover, on behalf of herself and a class of similarly situated persons<br>Attorney: Patricia M. Kipnis<br>Address: Bailey & Glasser LLP<br>923 Haddonfield Road<br>Suite 300<br>Cherry Hill, NJ 08002<br>E-mail: pkipnis@baileyglasser.com<br>Phone: (304) 345-6555 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: Hilma Stover, on behalf of herself and a class of similarly situated persons<br>Attorney: Jed R. Nolan<br>Address: Klein & Sheridan, LC<br>3566 Teays Valley Road<br>Hurricane, WV 25266<br><br>E-mail: jed@protectwvconsumers.com<br>Phone: (304) 562-7111 | Adverse Party: Hilma Stover, on behalf of herself and a class of similarly situated persons<br>Attorney: Jonathan R. Marshall<br>Address: Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301<br><br>E-mail: jmarshall@baileyglasser.com<br>Phone: (304) 345-6555 |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: The Bank of Missouri, d/b/a Fortiva Retail Credit<br><br>Attorney: Matthew A. Fitzgerald<br>Address: McGuireWoods LLP<br>　　　　Gateway Plaza<br>　　　　800 East Canal Street<br>　　　　Richmond, VA 23219<br><br>E-mail: mfitzgerald@mcguirewoods.com<br><br>Phone: (804) 775-4716 | Name: Atlanticus Services Corp.<br><br>Attorney: Matthew A. Fitzgerald<br>Address: McGuireWoods LLP<br>　　　　Gateway Plaza<br>　　　　800 East Canal Street<br>　　　　Richmond, VA 23219<br><br>E-mail: mfitzgerald@mcguirewoods.com<br><br>Phone: (804) 775-4716 |
| **Appellant (continued)** ||
| Name: Fortiva Financial, LLC<br><br>Attorney: Matthew A. Fitzgerald<br>Address: McGuireWoods LLP<br>　　　　Gateway Plaza<br>　　　　800 East Canal Street<br>　　　　Richmond, VA 23219<br><br>E-mail: mfitzgerald@mcguirewoods.com<br><br>Phone: (804) 775-4716 | Name:<br><br>Attorney:<br>Address:<br><br><br><br><br>E-mail:<br><br>Phone: |

Signature: /s/ Matthew A. Fitzgerald　　　　Date: 4/10/2023

Counsel for: Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on 4/10/2023 by ☐ personal delivery; ☑ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Helen Mac Murray
MAC MURRAY & SHUSTER LLP
6525 West Campus Oval, Suite 210
New Albany, OH 43054

Signature: /s/ Matthew A. Fitzgerald　　　　Date: 4/10/2023